| PROB 22<br>(Rev. 1/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 0416 8:24-00813M-1 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 4:26-cr-00116-YGR |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | | DISTRICT | DIVISION |
|---|---|---|---|
| | **FILED**<br><br>Mar 18 2026<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | Maryland | Greenbelt |
| Phoenix K Chantho | | **NAME OF SENTENCING JUDGE** | |
| | | Timothy J. Sullivan | |

| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
|---|---|---|---|
| | | 10/31/2025 | 10/30/2028 |

**OFFENSE**
18 USC 641 Theft of Government Property Class A Misdemeanor 09/17/2023
**SENTENCING DATE:** 10/31/2025

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mrs. Chantho is currently being supervised by Northern District of California

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 11, 2026
*Date*

*United States Magistrate Judge*

Timothy J. Sullivan

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 17, 2026
*Effective Date*

*United States District Judge*

Hon. Vince Chhabria